Clerk                                    82,923-02

Court of Criminal Appeals

201 W. 14th St.

P.O. Box 12308

Austin Tx 78701                       2-24-15

RE: Jesse Vasquez. Cause No. 39802-B
Through The 78th District Court of
Wichita County Tx.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

Dear Clerk

      Enclosed find Mr. Vasquez writ of
Mandamus and file it with the Court.

Respectfully

Jesse Vasquez #1315560
Daniel Unit
938 S. FM 1673
Snyder, Tx 79549

Cause No. 39802-B

WR No. _____

_____

## WRIT OF MANDAMUS.

_____

Jesse Vasquez

vs.

The State of Texas

_____

Jesse Vasquez #1315560
Daniel Unit
938 S. FM 1673
Snyder Tx 79549

Pro Se Litigant.

## Facts

1). Vasquez sent an 11.07 Petition to the 78th District Court of Wichita County, Texas Dated on or about January 15, 2015.

2). He received a Notice from the District Clerk on January 20, 2015 stating that His petition has been Received and filed with the Court.

3). Vasquez is Stating that he is being Illegally restrained and Confined within The Texas Department of Criminal Justice - Institutional Division past his long way Discharge Date.

4). He had a mandatory Dishasge Date of December 15, 2014. See: ｟Exhibit A｠

5). Vasquez states his Continued Restraint of liberty is in violation of His Constitutional Rights.

6). He is Seeking that this Court invoke it's authority and order TDCJ-ID to release him without further Delay.

Date: 2-24-15                    Respectfully

Jesse Vasquez #1315560
Daniel Unit
938 SFM 1673
Snyder, Tx 79549

Exhibit A

{ Time Sheet }

VASQUEZ,JESSIE                    TDC:01315560 SID:05181899 UNIT: DU
                                  HOUSING/BED:        C13        05

*PRJ-REL-DATE:        12 15 2014    MAX-EXP-DATE:      12 15 2014
*INMATE STATUS:       L1 W          MAX TERM:           10 00 00


FLAT  TIME CREDITED:    0 08 07    CALC BEGIN DATE:   04 02 2003
GOOD  TIME CREDITED:    0 02 10    TDC RECEIVE DATE: 08 16 2005
BONUS TIME CREDITED:    0 00 00    GOOD TIME LOST:            0
WORK  TIME CREDITED:    0 00 11    WORK TIME LOST:            0
*TOTAL TIME CREDITED:   0 10 28

*STATUS EFFECT  DATE: 08 16 2005    JAIL GOOD TIME RECEIVED: YES




*TIME CALCULATIONS DO NOT INCLUDE ABSENCES FOR CURRENT MONTH
PAROLE DATA: INTERVIEW DATE      12/14    TDC CALC. DATE 12/09